

# Fourth Court of Appeals
## San Antonio, Texas

April 6, 2018

No. 04-16-00186-CV

**COTTER & SONS, INC.;** James F. Cotter; Alamo Towers-Cotter, LLC; Cotter 11211 Katy
Freeway Building, LP; Cotter 7447 Harwin Building, LP; Cotter Equities LLC; Cotter Harwin
Equities LLC; Cotter Katy Equities LLC; Cotter Katy Freeway Building, LP; Et Al.,
Appellants

v.

**BJ CORPORATION D/B/A NATIONAL BUILDING SERVICE,**
Appellee

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2012-CI-09427
Honorable Gloria Saldana, Judge Presiding

# O R D E R

Sitting:    Sandee Bryan Marion, Chief Justice
Karen Angelini. Justice
Marialyn Barnard, Justice
Rebeca C. Martinez, Justice
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice
Irene Rios, Justice

The en banc court has considered Appellee's November 9, 2017 motion for en banc reconsideration. The motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 6th day of April, 2018.

_____
KEITH E. HOTTLE
Clerk of Court